1  McGREGOR W. SCOTT
   United States Attorney
2  KIRK SHERRIFF
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000

FILED

FEB 23 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:09-mj-00036 SMS |
| Plaintiff, | |
| v. | MOTION TO UNSEAL INDICTMENT; AND ORDER |
| SHAUN CARLOS VALENZUELA, and NATASHA PAIREE JONES, | |
| Defendants. | |

The Indictment in this case, having been sealed by Order of the U.S. District Court-District of Arizona, and it appears that it no longer need remain secret as to SHAUN CARLOS VALENZUELA and NATASHA PAIREE JONES only.

The United States of America, by and through Lawrence G. Brown, Acting United States Attorney, and Kirk E. Sherriff, Assistant United States Attorney, hereby moves that the Indictment in this case be unsealed and made public record only as to SHAUN CARLOS VALENZUELA and NATASHA PAIREE JONES.

Dated: February 23, 2009

                                    /s/ Kirk Sherriff
                                    _____
                                    KIRK E. SHERRIFF
                                    Assistant U. S. Attorney

1

1 | IT IS SO ORDERED.
2 | DATED: February 23, 2009

SANDRA M. SNYDER
United States Magistrate Judge